NUMBER 13-07-00474-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

KEMP DUBEA, SUN VALLEY ENTERPRISES, INC., 

BETTYE ESTILETTE, AND GENE ESTILETTE, Appellants,


v.



CURTIS CRANE , Appellee.

_____________________________________________________________

 

On appeal from the 107th District Court of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam


 Appellants, Kemp Dubea, Sun Valley Enterprises, Inc., Bettye Estilette, and Gene
Estilette, appealed a judgment rendered against them in the 107th District Court of
Cameron County, Texas. On September 13, 2007, the Clerk of this Court notified
appellants that the clerk's record in the above cause was originally due on August 17,
2007, and that the deputy district clerk, Laura Cisneros, had notified this Court that
appellants failed to make arrangements for payment of the clerk's record. The Clerk of this
Court notified appellants regarding this defect so that steps could be taken to correct the
defect, if it could be done. See Tex. R. App. P. 37.3, 42.3(b),(c). Appellants were advised
that, if the defect was not corrected within ten days from the date of receipt of this notice,
the appeal would be dismissed for want of prosecution. On August 17, 2007, the Clerk had
similarly notified appellants regarding their failure to make payment arrangements for the
reporter's record in this cause. Appellants failed to respond to the Court's notices. 

 The Court, having considered the documents on file, is of the opinion that the
appeal should be dismissed. See id. 37.3, 42.3(b),(c). Accordingly, the appeal is
DISMISSED. 

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 17th day of April, 2008.